# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAWRENCE BYRON WATSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-156** |
| **COMMISSIONER OF PROBATION EDWARD DOLAN** | **SECTION: "H"(5)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's failure to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the pending motions are denied and the petition of Lawrence Byron Watson for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is **TRANSFERRED** to the United States District Court for the District of Massachusetts.

New Orleans, Louisiana, this 9th day of August, 2022.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE